**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Hartman Associates, Inc.,

Plaintiff,

vs.

Leisure Prods, Ltd. and
Ross Bicycle USA, Ltd.
individually and doing business
as Rand International, and
Rand International, an S corporation

Defendants.

---

Civil File No. 00-782 JMR/FLN

**STIPULATION OF DISMISSAL AND ORDER**

TO: PLAINTIFF ABOVE-NAMED AND ITS ATTORNEY, WILLIAM STARR, 208 GRAIN EXCHANGE BUILDING, 400 SOUTH FOURTH STREET, MINNEAPOLIS, MINNESOTA 55415.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that plaintiff's Complaint and defendant's Counterclaim in the above-entitled action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

Dated: August 21, 2000

CALDECOTT WHEELER & SEARLES, P.L.C.

By [signature]
David R. Forro (I.D. No. 150708)
10 So. Fifth St., Suite 900
Minneapolis, MN 55402
Telephone: (612) 332-4455

Dated: August 21, 2000

WILLIAM STARR

[signature]
Attorney for Plaintiff - I.D. No 104504
208 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN. 55415
Telephone: (612) 339-3911

FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**ORDER**

Based upon the foregoing STIPULATION,

IT IS HEREBY ORDERED that all claims and counterclaims by or against the parties in the above-entitled action be and hereby are dismissed with prejudice, without further costs, disbursements, or attorneys' fees to any party.

Dated: August 24th, 2000

By ______________________________
James M. Rosenbaum
Judge of District Court